1  SALTZMAN & JOHNSON LAW CORPORATION
   Richard C. Johnson (SBN 40881)
2  Kimberly A. Hancock (SBN 205567)
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
4  Telephone:    (415) 882-7900
   Facsimile:    (415) 882-9287
5  djohnson@sjlawcorp.com
   khancock@sjlawcorp.com
6
7  Attorneys for Plaintiffs

8
   Samir Vora (SBN 253772)
9  **MILBANK, TWEED, HADLEY & McCLOY LLP**
   601 S. Figueroa Street, 30th Floor
10 Los Angeles, CA 90017
11 Telephone:  (213) 892-4000
   Facsimile:   (213) 629-5063
12 svora@milbank.com

13 Attorneys for Defendants Vitro Packaging, LLC and
   Vitro Chemicals, Fibers and Mining, LLC
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ACI GLASS PRODUCTS, LLC, a Delaware limited liability company; et al.,<br><br>Defendants. | Case No.:  3:12-cv-1442-JCS<br><br>STIPULATION TO EXTEND DEFENDANTS VITRO PACKAGING, LLC AND VITRO CHEMICALS, FIBERS AND MINING, LLC'S TIME TO RESPOND TO THE COMPLAINT |

1  WHEREAS, on April 5, 2012, plaintiffs Northern California Glaziers Pension Trust Fund, et al. ("Glaziers"), served defendants Vitro Packaging, LLC and Vitro Chemicals, Fibers and Mining, LLC (collectively, "VPLLC and VCFM") with its Complaint (the "Complaint") and Summons issued by the United States District Court for the Northern District of California;

WHEREAS, pursuant to Federal Rules of Civil Procedure 6, VPLLC and VCFM's response to the Complaint would be due on April 26, 2012, absent an order pursuant to this Stipulation;

WHEREAS, the requested extension of time would have no detrimental effect on the schedule for the above-entitled action;

WHEREAS, no previous extensions of time have been requested by either party in the above-entitled action; and

THEREFORE, plaintiffs Glaziers and defendants VPLLC and VCFM hereby stipulate, through their respective counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Northern District Local Rules 6-1, 6-2 and 7-12, that VPLLC and VCFM shall have up to and including May 29, 2012, to respond to the Complaint in this matter.

Dated:  April 26, 2012                SALTZMAN & JOHNSON LAW CORPORATION

By:     s/ Kimberley A. Hancock
        Kimberly A Hancock

Attorneys for Plaintiffs
Northern California Glaziers Pension Trust Fund, et. al.

Dated:  April 26, 2012                MILBANK, TWEED, HADLEY & McCLOY LLP

By:     s/ Samir Vora
        Samir Vora

Attorneys for Defendants
Vitro Packaging, LLC and Vitro Chemicals, Fibers and Mining, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the **STIPULATION TO EXTEND DEFENDANTS VITRO PACKAGING, LLC AND VITRO CHEMICALS, FIBERS AND MINING, LLC'S TIME TO RESPOND TO THE COMPLAINT** was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

s/ Samir Vora
Samir Vora

Dated: April 27, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA