SALTZMAN & JOHNSON LAW CORPORATION
Richard C. Johnson (SBN 40881)
Kimberly A. Hancock (SBN 205567)
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:    (415) 882-7900
Fax              (415) 882-9287
djohnson@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

Paul J. Wessel (*pro hac vice pending*)
Thomas J. Matz (*pro hac vice pending*)
Samir Vora (SBN 253772)
**MILBANK, TWEED, HADLEY & McCLOY LLP**
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Fax:            (213) 629-5063
pwessel@milbank.com
tmatz@milbank.com
svora@milbank.com

Attorneys for Defendants Amsilco Holdings, Inc., B.B.O. Holdings, Inc., Cris Corporation, Vitro Asset Corp., Vitro Packaging, LLC, Vitro International Services Corporation, V-MX Holdings, LLC and Vitro Chemicals, Fibers and Mining, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIANORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, et. al.,

Plaintiffs,

vs.

ACI GLASS PRODUCTS, LLC, a Delaware limited liability company; et al.,

Defendants.

Case No.:  3:12-CV-1442 JCS

STIPULATION TO EXTEND DEFENDANTS TIME TO RESPOND TO THE COMPLAINT

STIPULATION TO EXTEND TIME

1  WHEREAS, on April 5, 2012, plaintiffs Northern California Glaziers
2  Pension Trust Fund, et al. ("Glaziers"), served defendants Amsilco Holdings, Inc.,
3  B.B.O. Holdings, Inc., Crisa Corporation, Vitro Asset Corp., Vitro Chemicals,
4  Fibers and Mining, LLC, Vitro International Services Corporation, and Vitro
5  Packaging, LLC, with its Complaint (the "Complaint") and Summons issued by the
6  United States District Court for the Northern District of California;

7  WHEREAS, on April 13, 2012 plaintiffs Glaziers served defendant V-MX
8  Holdings, LLC, with the Complaint and Summons;

9  WHEREAS, on April 25, 2012 plaintiffs Glaziers and defendants Vitro
10 Chemicals, Fibers and Mining, LLC and Vitro Packaging, LLC stipulated to
11 extend Vitro Chemicals, Fibers and Mining, LLC and Vitro Packaging, LLC's
12 deadline to respond to the Complaint by April 26, 2012;

13 WHEREAS, pursuant to Federal Rules of Civil Procedure 6, plaintiffs
14 Glaziers and defendants Amsilco Holdings, Inc., B.B.O. Holdings, Inc., Crisa
15 Corporation, Vitro Asset Corp., Vitro Chemicals, Fibers and Mining, LLC, Vitro
16 International Services Corporation, and Vitro Packaging, LLC, and V-MX
17 Holdings, LLC (collectively known as "Stipulating Defendants"), stipulate to
18 extending the deadline to respond to the Complaint by June 22, 2012, absent an
19 order pursuant to this Stipulation;

20 WHEREAS, the requested extension of time would have no detrimental
21 effect on the schedule for the above-entitled action; and

22 THEREFORE, plaintiffs Glaziers and Stipulating Defendants hereby
23 stipulate, through their respective counsel and pursuant to Federal Rule of Civil
24 Procedure 6(b) and Northern District Local Rules 6-1, 6-2 and 7-12, that
25 Stipulating Defendants shall have up to and including June 22, 2012, to respond to
26 the Complaint in this matter.

27
28

| | |
|---|---|
| Dated:  June 5, 2012 | SALTZMAN & JOHNSON LAW CORPORATION |
| | By:  /s/Kimberly A. Hancock<br>Kimberly A Hancock |
| | Attorneys for Plaintiffs<br>Northern California Glaziers Pension Trust Fund, et. al. |
| Dated:  June 5, 2012 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| | By:  /s/ Samir Vora<br>Samir Vora |

Dated: June 6, 2012

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

Attorneys for Defendants
Amsilco Holdings, Inc., B.B.O. Holdings, Inc., Crisa Corporation, Vitro Asset Corp., Vitro Chemicals, Fibers and Mining, LLC, Vitro International Services Corporation, Vitro Packaging, LLC, and V-MX Holdings, LLC

Pursuant to General Order 45(X) (B), I hereby attest that, in lieu of his signature on this document, concurrence with the e-filing of this document was obtained from Samir Vora, attorney for Defendants Amsilco Holdings, Inc., B.B.O. Holdings, Inc., Crisa Corporation, Vitro Asset Corp., Vitro Chemicals, Fibers and Mining, LLC, Vitro International Services Corporation, Vitro Packaging, LLC, and V-MX Holdings, LLC,.

| | |
|---|---|
| Dated:  June 5, 2012 | SALTZMAN & JOHNSON LAW CORPORATION |
| | By:  /s/Kimberly A. Hancock<br>Kimberly A Hancock |